# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-594-RJC-DCK

| | |
|---|---|
| BARBARA L. BLANKENSHIP,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF REMAND UNDER SENTENCE SIX OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to remand Social Security actions under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action, it is ordered that this matter be remanded to the Appeals Council.

Upon remand by this Court, the Appeals Council will give notice to Plaintiff and Plaintiff's counsel that the prior denial of review is being vacated and that Plaintiff will have 30 days from receipt of such notice to submit arguments to the Appeals Council.

This Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) for further action, as specified above. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: March 23, 2009

David C. Keesler
United States Magistrate Judge