## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:08cv594-RJC-DCK

| | |
|---|---|
| BARBARA L. BLANKENSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the Defendant's Motion for Entry of Judgment. (Doc. No. 9).

On March 23, 2009, the Court entered an Order (Doc. No. 7) remanding this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) upon the government's request. On May 4, 2010, an administrative law judge reviewed this matter and issued a new decision, which was fully favorable to the Plaintiff. See (Doc. No. 9-1).

No contested issues remain in this case. Therefore, the Court now will enter judgment affirming the Commissioner's Final Decision subsequent to remand. See Melkonyan v. Sullivan, 501 U.S. 89, 102 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Entry of Judgment (Doc. No. 9) is **GRANTED**. A Judgment affirming the Commissioner's Final Decision subsequent to remand shall be entered by the Clerk of Court contemporaneously herewith.

**SO ORDERED.**

Signed: December 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge